RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Orlando Pierre Logan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ORLANDO PIERRE LOGAN,<br><br>Defendant. | Case No. 2:22-CR-00144-APG-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Orlando Pierre Logan, that the Revocation Hearing currently scheduled on December 15, 2022 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The parties agree that additional time would be beneficial for Mr. Logan to ensure he is on the right track. At the next hearing, if Mr. Logan is free of any violations, the petition and addendums would be dismissed.

2. Mr. Logan is out of custody and agrees with the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 13th day of December, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   /s/ Aden Kebede<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender |   /s/ Joshua Brister<br>By_____<br>JOSHUA BRISTER<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ORLANDO PIERRE LOGAN,<br><br>Defendant. | Case No. 2:22-CR-00144-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for December 15, 2022, at 1:30 p.m., be vacated and continued to <u>March 21, 2023</u> at the hour of <u>2:30 p</u>.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this <u>14th</u> day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE