RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Orlando Pierre Logan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00144-APG-DJA |
| Plaintiff, | **STIPULATION TO DISMISS PETITION** |
| v. | |
| ORLANDO PIERRE LOGAN, | |
| Defendant. | |

Pursuant to the Court's August 16, 2022, Minute Order, Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Orlando Logan, hereby submit the following stipulation.

1. On August 16, 2022, Mr. Logan admitted to some of the allegations in the original petition.[1] The Court held its findings and sentencing in abeyance for ninety (90) days pending further hearing.

2. On December 13, 2022, the parties filed a stipulation to continue the next hearing because the parties agreed additional time would be beneficial for Mr. Logan to ensure he stays on the right track. The parties stipulated that, if Mr. Logan is free of any violations, the petition and addendums would be dismissed

3. Since then, Mr. Logan has stayed in compliance.

4. The parties have agreed to dismiss the petition and addendums and continue Mr. Logan on his current term of supervision.

5. The parties move to dismiss the petition and the addendums at this time. The parties request that the March 21, 2023, hearing be vacated because of the joint resolution.

DATED this 16th day of March 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Aden Kebede<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender | /s/ Joshua Brister<br>By_____<br>JOSHUA BRISTER<br>Assistant United States Attorney |

---

[1] ECF No. 17.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ORLANDO PIERRE LOGAN,<br><br>    Defendant. | Case No. 2:22-CR-00144-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the petition and addendums are dismissed.

DATED this 17th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE

3