RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MADELINE S. LAL
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Madeline_Nelson@fd.org

Attorney for Orlando Pierre Logan

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00144-APG-DJA-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| ORLANDO PIERRE LOGAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Madeline S. Lal, Assistant Federal Public Defender, counsel for Orlando Pierre Logan, that the Revocation Hearing currently scheduled on December 19, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      The defendant has a state matter currently pending that the parties are waiting to be resolved before proceeding with the revocation hearing.

2.      The defendant is not in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 14th day of December, 2023.

RENE L. VALLADARES                    JASON M. FRIERSON
Federal Public Defender               United States Attorney


By /s/ Madeline S. Lal                 By /s/ Joshua Brister
MADELINE S. LAL                       JOSHUA BRISTER
Assistant Federal Public Defender      Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ORLANDO PIERRE LOGAN,

    Defendant.

Case No. 2:22-cr-00144-APG-DJA-1

**ORDER**

  IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, December 19, 2023 at 1:30 p.m., be vacated and continued to February 20, 2024 at the hour of 1:30 p.m. in Courtroom 6C.

  DATED this 15th day of December, 2023.

_____

UNITED STATES DISTRICT JUDGE

3